PROB 12C
(Rev. 2/13)

# UNITED STATES DISTRICT COURT

for

### DISTRICT OF NORTH DAKOTA

## Petition for Warrant or Summons for Offender under Supervision

Name of Offender: Guy Curtis Slates    Case Number: 0868 4:13CR00142; 0868 4:13CR00066

Name of Sentencing Judicial Officer: Daniel L. Hovland, U.S. District Court Judge

Date of Original Sentence: September 29, 2014

Original Offense:    Conspiracy to Distribute and Possess with Intent to Distribute Heroin

Original Sentence:    16 Months Imprisonment; 3 Years TSR

Type of Supervision: TSR    Date Supervision Commenced: 2/24/2015

Asst. U.S. Attorney: Rick L. Volk    Defense Attorney: Thomas John Glass

### PETITIONING THE COURT

☒  To issue a warrant

☐  To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation No. | Nature of Noncompliance |
| --- | --- |
| 1) | On 09/25/2015, the Defendant was arrested by Mountrail County for Possession of Methamphetamine and Possession of Paraphernalia. The Defendant is currently detained in Mountrail County for these charges. This is in violation of his standard conditions of supervision. |
| 2) | On 09/09/2015, the Defendant tested positive for Methamphetamine and Amphetamine. This is in violation of his standard and special conditions of supervision. |

U.S. Probation Officer Recommendation:

☒  The term of supervision should be:

PROB 12C
(Rev. 2/13)
Slates, Guy
0868 4:13CR00142

☒ Revoked.

☐ Extended for _____ years, for a total term of _____ years.

☐ The conditions of supervision should be modified as follows:

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 25, 2015

/s/ Allison Gehringer
U.S. Probation Officer

---

THE COURT ORDERS:

☐ No Action.

☒ The Issuance of a Warrant/Matter Sealed Pending Arrest.

☐ The Issuance of a Summons.

☐ Other

_____
Signature of Judicial Officer

9-25-15
_____
Date